**Criminal Case Cover Sheet**　　　　　　　　　　**U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts　　**Category No.** I　　**Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. _____　　Case No. _____

Same Defendant _____　　New Defendant X

Magistrate Judge Case Number _____

Search Warrant Case Number See below.

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number See related case certification.　☑ Yes ☐ No

Defendant Name Lorenzo Nourafchan　　Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: 1642 S Garth Ave, Los Angeles, CA 90035

Birth date (Yr only): 1987　　SSN (last 4#): 5386　　Sex: M　　Race _____　　Nationality: _____

**Defense Counsel if known:** _____　　Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Kaitlin R. O'Donnell / Ian J. Stearns　　Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No　　List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No　　If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested　　☐ Regular Process　　☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint　　☐ Information　　☑ Indictment

**Total # of Counts:** ☐ Petty _____　　☐ Misdemeanor _____　　☑ Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 4/28/2026　　Signature of AUSA: */s/ Kaitlin R. O'Donnell*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Lorenzo Nourafchan

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 2 |
| Set 3 | 18 U.S.C. §§ 1348 and 2 | Securities Fraud; Aiding and Abetting | 3 |
| Set 4 | 15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2 | Securities Fraud; Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

23-mj-5385-JGD et seq., 23-mj-5450-JGD et seq., 23-mj-5554-JGD, 23-mj-5556-JGD et seq., 23-mj-5566-JGD et seq., 23-mj-5569-JGD et seq., 23-mj-5574-JGD, 23-mj-5610-JGD et seq., 24-mj-5001-JGD et seq., 24-mj-5016-JGD et seq., 24-mj-5105-JGD et seq., 24-mj-5232-JGD, 24-mj-6704-MPK et seq., 25-mj-5072-JGD, 25-mj-5074-JGD et seq., 25-mj-5078-JGD, 25-mj-5177-JGD, 25-mj-5178-JGD, 25-mj-5179-JGD, 25-mj-5183-JGD, 25-mj-5196-JGD et seq.

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

✎JS 45  (5/97) - (Revised USAO MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts          **Category No.** I          **Investigating Agency** FBI

**City** Boston                              **Related Case Information:**

**County** Suffolk                           Superseding Ind./ Inf. _____  Case No. _____

Same Defendant _____  New Defendant X

Magistrate Judge Case Number _____

Search Warrant Case Number  See below.

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number  See related case certification.     ☑ Yes  ☐ No

Defendant Name  Nowel Milik                              Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address:  2260 E. Santa Paula Dr. Brea, CA 92821

Birth date (Yr only): 1973    SSN (last 4#): 9842    Sex: M    Race _____    Nationality: _____

**Defense Counsel if known:** _____          Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:  Kaitlin R. O'Donnell / Ian J. Stearns          Bar Number if applicable: _____

**Interpreter:**  ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**  ☑ Yes  ☐ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony 7

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 4/28/2026          Signature of AUSA:  */s/ Kaitlin R. O'Donnell*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Nowel Milik

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 2 |
| Set 3 | 18 U.S.C. §§ 1348 and 2 | Securities Fraud; Aiding and Abetting | 3 |
| Set 4 | 15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2 | Securities Fraud; Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 5 |
| Set 6 | 18 U.S.C. § 1001(a)(2) | False Statements | 6 |
| Set 7 | 18 U.S.C. § 1512(b)(1) | Obstruction of Justice | 9 |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

23-mj-5385-JGD et seq., 23-mj-5450-JGD et seq., 23-mj-5554-JGD, 23-mj-5556-JGD et seq.,
23-mj-5566-JGD et seq., 23-mj-5569-JGD et seq., 23-mj-5574-JGD, 23-mj-5610-JGD et seq.,
24-mj-5001-JGD et seq., 24-mj-5016-JGD et seq., 24-mj-5105-JGD et seq., 24-mj-5232-JGD,
24-mj-6704-MPK et seq., 25-mj-5072-JGD, 25-mj-5074-JGD et seq., 25-mj-5078-JGD,
25-mj-5177-JGD, 25-mj-5178-JGD, 25-mj-5179-JGD, 25-mj-5183-JGD, 25-mj-5196-JGD et seq.

USAMA *CRIM - Criminal Case Cover Sheet.pdf*  3/4/2013

✎JS 45  (5/97) - (Revised USAO MA 9/20/10)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts       **Category No.** I          **Investigating Agency** FBI

**City** Boston                    **Related Case Information:**

**County** Suffolk                 Superseding Ind./ Inf. _____ Case No. _____

Same Defendant _____ New Defendant X _____

Magistrate Judge Case Number _____

Search Warrant Case Number  See below. _____

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number  See related case certification.     ☑ Yes  ☐ No

Defendant Name  Nicholas Rudela                         Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address:  21076 E Cypress St, Covina, CA 91724

Birth date (Yr only): 1995    SSN (last 4#): 6805    Sex: M    Race _____    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:  Kaitlin R. O'Donnell / Ian J. Stearns         Bar Number if applicable: _____

**Interpreter:**  ☐ Yes  ☑ No         List language and/or dialect: _____

**Victims:**  ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 6

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 4/28/2026         Signature of AUSA:  */s/ Kaitlin R. O'Donnell*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Nicholas Rudela

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| **Set 1** 18 U.S.C. § 1349 | Conspiracy to Commit Securities Fraud | 1 |
| **Set 2** 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 2 |
| **Set 3** 18 U.S.C. §§ 1348 and 2 | Securities Fraud; Aiding and Abetting | 3 |
| **Set 4** 15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2 | Securities Fraud; Aiding and Abetting | 4 |
| **Set 5** 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 5 |
| **Set 6** 18 U.S.C. § 1001(a)(2) | False Statements | 7 |
| **Set 7** | | |
| **Set 8** | | |
| **Set 9** | | |
| **Set 10** | | |
| **Set 11** | | |
| **Set 12** | | |
| **Set 13** | | |
| **Set 14** | | |
| **Set 15** | | |

**ADDITIONAL INFORMATION:**

23-mj-5385-JGD et seq., 23-mj-5450-JGD et seq., 23-mj-5554-JGD, 23-mj-5556-JGD et seq., 23-mj-5566-JGD et seq., 23-mj-5569-JGD et seq., 23-mj-5574-JGD, 23-mj-5610-JGD et seq., 24-mj-5001-JGD et seq., 24-mj-5016-JGD et seq., 24-mj-5105-JGD et seq., 24-mj-5232-JGD, 24-mj-6704-MPK et seq., 25-mj-5072-JGD, 25-mj-5074-JGD et seq., 25-mj-5078-JGD, 25-mj-5177-JGD, 25-mj-5178-JGD, 25-mj-5179-JGD, 25-mj-5183-JGD, 25-mj-5196-JGD et seq.

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts    **Category No.** I    **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number    See below.
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number See related case certification.    ☑ Yes    ☐ No

Defendant Name    David Makary    Juvenile:    ☐ Yes    ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes    ☑ No

Alias Name: _____

Address:    21057 E Covina Blvd, Covina, CA 91724

Birth date (Yr only): 1991    SSN (last 4#): 5425    Sex: M    Race _____    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:    Kaitlin R. O'Donnell / Ian J. Stearns    Bar Number if applicable: _____

**Interpreter:**    ☐ Yes    ☑ No    List language and/or dialect: _____

**Victims:**    ☑ Yes    ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☑ Yes    ☐ No

**Matter to be SEALED:**    ☑ Yes    ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 6

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 4/28/2026    Signature of AUSA: /s/ Kaitlin R. O'Donnell

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      David Makary

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 2 |
| Set 3 | 18 U.S.C. §§ 1348 and 2 | Securities Fraud; Aiding and Abetting | 3 |
| Set 4 | 15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2 | Securities Fraud; Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 5 |
| Set 6 | 18 U.S.C. § 1623(a) | False Declaration Before Grand Jury | 11 |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

23-mj-5385-JGD et seq., 23-mj-5450-JGD et seq., 23-mj-5554-JGD, 23-mj-5556-JGD et seq., 23-mj-5566-JGD et seq., 23-mj-5569-JGD et seq., 23-mj-5574-JGD, 23-mj-5610-JGD et seq., 24-mj-5001-JGD et seq., 24-mj-5016-JGD et seq., 24-mj-5105-JGD et seq., 24-mj-5232-JGD, 24-mj-6704-MPK et seq., 25-mj-5072-JGD, 25-mj-5074-JGD et seq., 25-mj-5078-JGD, 25-mj-5177-JGD, 25-mj-5178-JGD, 25-mj-5179-JGD, 25-mj-5183-JGD, 25-mj-5196-JGD et seq.

USAMA *CRIM - Criminal Case Cover Sheet.pdf*  3/4/2013

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts  **Category No.** I  **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. _____  Case No. _____

Same Defendant _____  New Defendant X

Magistrate Judge Case Number _____

Search Warrant Case Number  See below.

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number  See related case certification.  ☑ Yes  ☐ No

Defendant Name  Stjepan Vinski  Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____

Address:  611 Lochleven St. Glendora, CA 91741

Birth date (Yr only): 1995  SSN (last 4#): 7672  Sex: M  Race _____  Nationality: _____

**Defense Counsel if known:** _____  Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:  Kaitlin R. O'Donnell / Ian J. Stearns  Bar Number if applicable: _____

**Interpreter:** ☐ Yes  ☑ No  List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony 7

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 4/28/2026  Signature of AUSA:  */s/ Kaitlin R. O'Donnell*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  Stjepan Vinski

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 2 |
| Set 3 | 18 U.S.C. §§ 1348 and 2 | Securities Fraud; Aiding and Abetting | 3 |
| Set 4 | 15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2 | Securities Fraud; Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 5 |
| Set 6 | 18 U.S.C. § 1001(a)(2) | False Statements | 8 |
| Set 7 | 18 U.S.C. §§ 1512(b)(3) | Obstruction of Justice | 10 |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

23-mj-5385-JGD et seq., 23-mj-5450-JGD et seq., 23-mj-5554-JGD, 23-mj-5556-JGD et seq.,
23-mj-5566-JGD et seq., 23-mj-5569-JGD et seq., 23-mj-5574-JGD, 23-mj-5610-JGD et seq.,
24-mj-5001-JGD et seq., 24-mj-5016-JGD et seq., 24-mj-5105-JGD et seq., 24-mj-5232-JGD,
24-mj-6704-MPK et seq., 25-mj-5072-JGD, 25-mj-5074-JGD et seq., 25-mj-5078-JGD,
25-mj-5177-JGD, 25-mj-5178-JGD, 25-mj-5179-JGD, 25-mj-5183-JGD, 25-mj-5196-JGD et seq.

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013