UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>LORENZO NOURAFCHAN | )<br>)<br>)<br>)<br>)<br>)<br>) |

No. 26-cr-10115-LTS

## [~~PROPOSED~~] ORDER

The Assented-To Motion to Modify and/or Clarify Conditions of Release to Permit Limited Legal Travel to Las Vegas, Nevada is **GRANTED**.

Defendant Lorenzo Nourafchan may travel from California to Las Vegas, Nevada for the limited purpose of attending in-person legal meetings with his counsel at Chesnoff & Schonfeld, 520 South Fourth Street, Las Vegas, Nevada 89101.

Before any such travel, Mr. Nourafchan shall notify Pretrial Services, provide his proposed itinerary, travel dates, lodging information, contact information, and any other information requested by Pretrial Services, and comply with all instructions from Pretrial Services concerning such travel.

1

All other conditions of release shall remain in full force and effect.

SO ORDERED.

Dated: 6/3/2026 , 2026

_____
Hon. Judith G. Dein
United States Magistrate Judge

Respectfully submitted,

LORENZO NOURAFCHAN,

By his attorneys,
/s/ Steven C. Boozang
Steven C. Boozang
Mass. Bar No. 659216
439 Washington Street
Dedham, MA 02026
(781) 251-9991
sboozang@boozanglaw.com

/s/ David Z. Chesnoff
David Z. Chesnoff
Admitted Pro Hac Vice
Chesnoff & Schonfeld
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-5563
dzchesnoff@cslawoffice.net